UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAWN TUMILOWICZ,

                        Plaintiff,

      -against-                              No. 3:24-cv-692 (ECC/ML)

UNADILLA VALLEY SCHOOL DISTRICT,      **STIPULATION OF**
                                                   **VOLUNTARY DISMISSAL**
                        Defendant.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Dawn Tumilowicz and Unadilla Valley School District, through their undersigned counsel, that all claims asserted in this action are hereby dismissed in their entirety, with prejudice and without costs to any party.

Dated: New York, New York
           March 7, 2025

_/s/ Vivianna Morales_                                    _/s/ Katherine E. Gavett_
Vivianna Morales, Esq.                            Katherine E. Gavett, Esq.
Louis Pechman                                        Ferrara Fiorenza PC
Pechman Law Group PLLC                  5010 Campuswood Drive
488 Madison Avenue, 17th Floor          East Syracuse, NY 13057
New York, New York 10022                Telephone: (315) 437-7600
Tel.: (212) 583-9500                           Fax: (315) 437-7744
morales@pechmanlaw.com                  kegavett@ferrarafirm.com
pechman@pechmanlaw.com                  _Attorneys for Defendant_
_Attorneys for Plaintiff_

IT IS SO ORDERED:

_/s/ Elizabeth C. Coombe_
Elizabeth C. Coombe
U.S. District Judge

Dated: March 10, 2025
          Syracuse, NY